IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JARED TAVAR ANDERSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4867

Opinion filed June 6, 2017.

An appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

Andy Thomas, Public Defender, and William Pafford, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Appellee.

WOLF, J.

     Appellant raises two issues on appeal. We find only one issue has merit; we agree with appellant that the trial court erred when it failed to enter a written order adjudicating appellant competent to proceed before allowing appellant to represent himself in a bench trial. Therefore, we AFFIRM appellant's judgment and

sentence, but REMAND for the trial court to enter a written order of competency nunc pro tunc. Mullens v. State, 197 So. 3d 16, 37 (Fla. 2016).

LEWIS and WETHERELL, JJ., CONCUR.